## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. DERIVATIVE LITIGATION | Case No. 2:21-cv-18493-JXN-LDW<br><br>(Consolidated with Case No. 23-cv-00150 and Case No. 23-cv-00406)<br><br>**ORAL ARGUMENT REQUESTED** |

## UPDATED NOTICE OF MOTION TO INTERVENE AND STAY

**PLEASE TAKE NOTICE** that Proposed Intervenor Robert Jhoe (the "Proposed Intervenor"), by his undersigned counsel, shall move on January 20, 2026, at _____ a.m./p.m. before the Honorable Julien Xavier Neals at the United States Court House, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, for an Order: (1) allowing Proposed Intervenor to intervene in the above-captioned action as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively, for permissive intervention pursuant to Fed. R. Civ. P. 24(b) for the purpose of seeking a stay of the above-captioned action; (2) staying the above-captioned action in favor of a parallel shareholder derivative action pending in the Court of Chancery of the State of Delaware, captioned *Jhoe v. Todisco et al.*, C.A. No. 2025-1367-PAF (Del. Ch.); and (3) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Proposed Intervenor relies upon the accompanying Memorandum of Law and all prior proceedings had herein.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated:  December 30, 2025 | **RIGRODSKY LAW, P.A.** |
| **OF COUNSEL:** | */s/ Gina M. Serra*<br>Gina M. Serra<br>825 East Gate Boulevard, Suite 300 |
| **GRABAR LAW OFFICE**<br>Joshua H. Grabar<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>Facsimile: (267) 507-6048<br>Email: jgrabar@grabarlaw.com | Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Facsimile: (302) 654-7530<br>Email: gms@rl-legal.com<br><br>Seth D. Rigrodsky<br>Vincent A. Licata<br>Leah B. Wihtelin<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Facsimile: (302) 654-7530<br>Email: sdr@rl-legal.com<br>Email: vl@rl-legal.com<br>Email: lw@rl-legal.com<br><br>*Attorneys for Proposed Intervenor Robert Jhoe* |